Ronald PRACHT,
Claimant/Respondent,

v.

CITY OF WASHINGTON,
Employer/Appellant.

No. ED 79749.

Missouri Court of Appeals,
Eastern District,
Division One.

March 5, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 25, 2002.

Application for Transfer Denied
May 28, 2002.

1. All statutory citations are to RSMo (2000)  unless otherwise noted.

John D. Anderson, Anderson & Associates, St. Louis, MO, for respondent.

Michael F. Banahan, Mary Anne Lindsey, Evans & Dixon, St. Louis, MO, for appellant.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

Employer appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).